**Thomas M. REEVES, Petitioner–Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent–Respondent.**

**No. 71187.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 4, 1997.

Robert W. Miller, Sullivan and Associates, Bridgeton, for petitioner–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Special Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent–respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Thomas M. Reeves (Reeves) appeals the trial court's judgment upholding the suspension of his driver's license, pursuant to sections 302.500 to 302.541 RSMo 1994.

We have reviewed the briefs of the parties and the record on appeal. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential value. We affirm pursuant to Rule 84.16(b).